## People of the State of Illinois, Plaintiff-Appellee, v. Phillip H. Williams, Defendant-Appellant.

**Gen. No. 48,235.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

May 23, 1961.

Arthur S. Gomberg and Samuel Nineberg, of Chicago (Samuel Nineberg, of counsel), for appellant; Daniel P. Ward, State's Attorney, of Cook County (John T. Gallagher and James R. Thompson, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE BURKE. Not to be published in full.